AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 2:14-mj-217-NJK |
| | ) | | |
| Genaro Padilla, | ) | | |
| *Defendant* | ) | | |

**CONTINUED DETENTION HEARING**

A continued detention hearing at the request of the Defendant in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Nancy J. Koppe** | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | Monday, March 31, 2014, at 2:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Mar 31, 2014

*Judge's signature*

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

March 31, 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA