**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-00129-JAD-CWH-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 66 |
| Genaro Padilla Jr., | |
| Defendant. | |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted.  Pursuant to Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this 14th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE